724

68 So.2d 65

**Leon D. GRAVES and Wm. H. Francis**

**v.**

**CITY OF SYLACAUGA.**

**7 Div. 174.**

Court of Appeals of Alabama.

Jan. 29, 1953.

Rehearing Denied March 17, 1953.

Graham & Van Derveer, Chattanooga, Tenn., and McKay & Worthy, Sylacauga, for appellant.

Stringer & Montgomery, Talladega, for appellee.

CARR, Presiding Judge.

Affirmed on authority of Graves v. State, 258 Ala. 359, 62 So.2d 446.

Certiorari denied, 259 Ala. 667, 68 So.2d 65.

70 So.2d 808

**Everette GRAVES v. STATE.**

**3 Div. 957.**

Court of Appeals of Alabama.

Jan. 5, 1954.

Rehearing Denied Feb. 9, 1954.

HARWOOD, Judge.

Affirmed.

66 So.2d 927

**Ed HATHCOCK v. STATE.**

**6 Div. 680.**

Court of Appeals of Alabama.

June 2, 1953.

Rehearing Denied June 16, 1953.

John R. Robinson, Ashville, for appellant.

Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

Certiorari denied, 259 Ala. 363, 66 So.2d 927.